

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO
(210) 335-2762

June 3, 2015

Paul A. Hampel
2661 FM 2054
Coffield Plantation #577721a
Tennessee Colony, TX 75884

Michael E. Geiger
#577721A
Coffield Plantation
2661 FM 2054
Tennessee Colony, TX 75884

RE:     Court of Appeals Number:     04-15-00329-CV
        Trial Court Case Number:     2013-CI-13615
        Style:  Michael E. Geiger
                v.
                Paul A. Hampel

The Notice of Appeal and Paupers Oath in the above styled and numbered cause has this date been received.

Very truly yours,
KEITH E. HOTTLE, CLERK

Luz Estrada
Deputy Clerk, Ext. 3219

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO.
2015 JUN 15 PM 12:46
Keith E. Hottle
KEITH E. HOTTLE, CLERK

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

Name + # don't match

UTF
JUN 0 8 2015

Paul A. Hampel
2661 FM 2054
Coffield Plantation #577721a
Tennessee Colony, TX 75884

NIXIE          750     CE 1          2296/12/15

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.485
02 1P
0003179973
MAILED FROM ZIP CODE 78205
JUN 04 2015

30% POST CONSUMER FIBER

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

FILED
IN THE COURT OF APPEALS
4th SAN ANTONIO

2015 JUN 15 PM 12: 46

KEITH E. HOTTLE, CLERK

UTF

Name & #
dont match
JUN 0 8 2015
JUN 0 8 2015

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

Paul A. Hampel
2661 FM 2054
Coffield Plantation #577721a
Tennessee Colony, TX 75884

NIXIE        750    CE 1

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD

2295/12/25

UNITED STATES POSTAGE
PITNEY BOWES
02 1P    $ 000.485
0003179973    JUN 04 2015
MAILED FROM ZIP CODE 78205

30% POST CONSUMER FIBER